UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ronald Bongard, individually, and Bongard Corporation, a Minnesota corporation,

Plaintiffs,

v.

Aqua Glass Corporation, a Tennessee corporation,

Defendant.

Civil File No. 01-2340 (RHK/SRN)

**ORDER FOR DISMISSAL WITH PREJUDICE**

Having come before this Court upon stipulation between the parties, RONALD BONGARD, BONGARD CORPORATION and AQUA GLASS CORPORATION, IT IS HEREBY ORDERED that the above-captioned action, together with all claims and causes of action which were or might have been alleged therein, are dismissed with prejudice and on the merits.

Dated: 7/25, 2002

Judge Richard H. Kyle

FILED JUL 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ronald Bongard, individually, and Bongard Corporation, a Minnesota corporation,

Plaintiffs,

v.

Aqua Glass Corporation, a Tennessee corporation,

Defendant.

Civil File No. 01-2340 (RHK/SRN)

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties RONALD BONGARD, BONGARD CORPORATION and AQUA GLASS CORPORATION that the above-captioned action, together with all claims and causes of action which were or might have been alleged therein, may be dismissed with prejudice and on the merits, and without further cost to any of these parties. Accordingly, the Court may enter an Order dismissing the action with prejudice.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: July 12, 2002

By: Stephen M Harris
Stephen M. Harris (#0264179)
MEYER & NJUS, P.A.
1100 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402
(612) 341-2181

ATTORNEYS FOR PLAINTIFFS

Dated: 7-23, 2002

By: Nicole Vucenich
David N. Lutz (#203191)
Nicole M. Vucenich (#307531)
BOWMAN & BROOKE, LLP
150 South Fifth Street, Suite 2600
Minneapolis, MN 55402
(612) 339-8682

ATTORNEYS FOR DEFENDANT